# Third District Court of Appeal
## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2248
Lower Tribunal No. 21-13773

————————

**Herman Bryan,**
Appellant,

vs.

**GL3, LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Ovide Val, for appellant.

Law Firm of Gary M. Singer, P.A., and Gary M. Singer (Fort Lauderdale), for appellee.

Before FERNANDEZ, C.J., and SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.